IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELINDA JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:10cv332-WHA |
| | ) | |
| UNITEDHEALTH GROUP INCORP., | ) | (wo) |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This cause is before the court on a Motion to Dismiss (Doc. #7), filed by the Defendant on May 13, 2010. The Defendant moves for dismissal of Count II of the Complaint, stating that the remedy sought in Count II is only appropriate where no other remedy is available, but the Plaintiff has also asserted a claim for damages in Count I of the Complaint. The Plaintiff has filed a response to the Motion to Dismiss in which she states that she does not object to the dismissal of Count II of her Complaint.

Accordingly, the Motion to Dismiss is due to be and is hereby GRANTED and Count II of the Complaint is DISMISSED.

Done this 2nd day of June, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE